AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1    TXND Mod - 09/28/04

# UNITED STATES DISTRICT COURT

**Northern** District of **Texas - Dallas Division**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TRICIA ANN JOHNSON | Case Number: **3:07-CR-041-K (01)** |
| | USM Number: **36106-177** |
| | **John M. Nicholson, Assistant Federal Public Defender** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☑ pleaded guilty to count(s) before a U.S. **the One Count Indictment filed on February 7, 2007.**
Magistrate Judge, which was accepted by the court.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 22 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 [18 USC § 472 & 473] | Conspiracy to Utter and Deal in Counterfeit Obligations | January 6, 2007 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 15, 2007**
Date of Imposition of Judgment

_signature_
Signature of Judge

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

August 22, 2007
Date

DEFENDANT: **TRICIA ANN JOHNSON**
CASE NUMBER: **3:07-CR-041-K (01)**

## PROBATION

Pursuant to the Sentencing Reform Act of 1984, but taking the Guidelines as advisory pursuant to United States v. Booker, and considering the factors set forth in 18 U.S.C. Section 3553(a), the defendant is hereby sentenced to probation for a term of:

FOUR (4) Years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **TRICIA ANN JOHNSON**
CASE NUMBER: **3:07-CR-041-K (01)**

# SPECIAL CONDITIONS OF SUPERVISION

Pursuant to the Mandatory Victim Restitution Act of 1996, the defendant shall pay restitution in the amount of $2,885.00, payable to the U.S. District Clerk for disbursement to:

See attached pages (V-1 through V-6).

If restitution has not been paid in full within 30 days, the defendant shall make payments on such unpaid balance at the rate of $100.00 per month until the restitution is paid in full. Further, it is ordered that interest on the unpaid balance is waived pursuant to 18 USC § 3612(f)(3).

The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Officer.

The defendant shall provide to the U.S. Probation Officer any requested financial information.

The defendant shall participate in the Home Confinement Program for a period of 180 consecutive days. During this time, the defendant is continuously restricted to his/her place of residence except for authorized absences approved in advance by his/her U.S. Probation Officer. The U.S. Probation Officer may approve absences for gainful employment, religious services, medical care, education and training programs, and other activities. Electronic monitoring may be used to monitor compliance with this special condition and may include remote location monitoring using Global Positioning Satellite (GPS) tracking. The defendant shall contribute to the costs of the monitoring services rendered (copayment) at a rate of at least $3.25 per day, not to exceed the total cost per day of the monitoring services.

The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20.00 per month.

DEFENDANT: **TRICIA ANN JOHNSON**
CASE NUMBER: **3:07-CR-041-K (01)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ N/A | $ 2,885.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution), payable to the U.S. District Clerk to be disbursed to the following payee(s) in the amount(s) listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|
| See attached pages (V-1 through V-6). | | |
| **TOTALS** | $ 2,885.00 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.
  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

DEFENDANT: **TRICIA ANN JOHNSON**
CASE NUMBER: **3:07-CR-041-K (01)**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☑ Payment to begin immediately (may be combined with  ☑ C,   ☐ D, or   ☐ F below); or

C ☑ Payment in equal **monthly** (e.g., weekly, monthly, quarterly) installments of $ **100.00** over a period of **XXXXXXX** (e.g., months or years), to commence **30 days** (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

**It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the U.S. District Clerk, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States: See Sheet 6B.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

V-1

## VICTIM LIST
### Tricia Ann Johnson
### Case No. 3:07-CR-041-K(01)

| Victim | Address | Amount | Account No. |
|---|---|---|---|
| 7-11<br>Attn: Loss Prevention | 3702 Greenville Avenue<br>Dallas, Texas 75206 | $50.00 | Tricia Johnson Counterfeit |
| Bank of America<br>Attn: Loss Prevention | 6777 Oakbrook Boulevard<br>Dallas, Texas 75235 | $50.00 | Tricia Johnson Counterfeit |
| Wal-Mart No. 2804<br>Attn: Loss Prevention | 1801 Belle Isle Boulevard<br>Oklahoma City, Oklahoma 73118 | $50.00 | Tricia Johnson Counterfeit |
| Time Warner Cable<br>Attn: Loss Prevention | 1565 Chenault Street<br>Dallas, Texas 75228 | $50.00 | Tricia Johnson Counterfeit |
| Save A Lot<br>Attn: Loss Prevention | 3639 Gus Thomasson Road<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| McDonald's<br>Attn: Loss Prevention | TX619 | $50.00 | Tricia Johnson Counterfeit |
| Wells Fargo Bank<br>Attn: Loss Prevention | 120 West Main Street<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Books A Million<br>Attn: Loss Prevention | 3000 Grapevine Mills Parkway<br>Grapevine, Texas 76051 | $50.00 | Tricia Johnson Counterfeit |
| Starbucks<br>Attn: Loss Prevention | 1498 Precinct Line Road<br>Hurst, Texas 76053 | $50.00 | Tricia Johnson Counterfeit |

V-2

| | | | |
|---|---|---|---|
| Bank of America Dallas Cash Vault<br>Attn: Loss Prevention | Bank of America Plaza<br>Mail Code T1-492-18-07<br>901 Main Street<br>Dallas, Texas 75202-3714 | $160.00 | Tricia Johnson Counterfeit |
| Dollar General<br>Attn: Loss Prevention | TX761<br>Mesquite, Texas | $50.00 | Tricia Johnson Counterfeit |
| Bestway Rent to Own<br>Attn: Loss Prevention | 500 North Galloway<br>Mesquite, Texas 75149 | $150.00 | Tricia Johnson Counterfeit |
| 7-11<br>Attn: Loss Prevention | 3801 Town East Boulevard<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| DFW Convenience<br>Attn: Loss Prevention | 3700 Highway 67<br>Mesquite, Texas | $50.00 | Tricia Johnson Counterfeit |
| Sears<br>Attn: Loss Prevention | 3000 Town East Mall<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Trophy Nissan<br>Attn: Loss Prevention | 5031 North Galloway<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Fiesta Mart<br>Attn: Loss Prevention | 2951 South Buckner Boulevard<br>Dallas, Texas 75227 | $50.00 | Tricia Johnson Counterfeit |
| Burkes Outlet Stores<br>Attn: Loss Prevention | 3636 Gus Thomasson Rd<br>Mesquite, TX 75150 | $50.00 | Tricia Johnson Counterfeit |
| Best Buy Store No. 54<br>Attn: Loss Prevention | 2701 North Mesquite Drive<br>Mesquite, Texas | $50.00 | Tricia Johnson Counterfeit |
| Walgreens Store No. 6390<br>Attn: Loss Prevention | 1015 North Town East Boulevard<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |

V-3

| | | | |
|---|---|---|---|
| Walgreens Store No. 4818<br>Attn: Loss Prevention | 8801 Lakeview Parkway<br>Rowlett, Texas 75088 | $50.00 | Tricia Johnson Counterfeit |
| Limited Too Store No. 0016<br>Attn: Loss Prevention | LBJ and Town East Boulevard<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Wal-Mart Store No. 1055<br>Attn: Loss Prevention | 5302 North Garland Avenue<br>Garland, Texas 75044 | $70.00 | 1055 |
| Enes Chavez<br>Attn: Loss Prevention | 417 Upland<br>Mesquite, Texas 75149 | $50.00 | Tricia Johnson Counterfeit |
| Dunkin Donuts<br>Attn: Loss Prevention | 803 West Centerville Road<br>Garland, Texas 75041 | $50.00 | Tricia Johnson Counterfeit |
| Fiesta Mart Store No. 54<br>Attn: Loss Prevention | 2940 South First Street<br>Garland, Texas 75041 | $50.00 | Tricia Johnson Counterfeit |
| Wal-Mart<br>Attn: Loss Prevention | 555 West I-30<br>Garland, Texas 75043 | $50.00 | Tricia Johnson Counterfeit |
| McDonald's<br>Attn: Loss Prevention | 8117 E. RLT<br>Dallas, Texas 75228 | $50.00 | Tricia Johnson Counterfeit |
| JP Morgan Chase Bank<br>Attn: Loss Prevention | 14800 Frye Road<br>Fort Worth, Texas 76155 | $50.00 | Tricia Johnson Counterfeit |
| Walgreens Store No. 3824<br>Attn: Loss Prevention | 4435 Gus Thomasson Road<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Tom Thumb Store No. 2561<br>Attn: Loss Prevention | 925 Northwest Highway<br>Garland, Texas 75041 | $100.00 | Tricia Johnson Counterfeit |

V-4

| | | | |
|---|---|---|---|
| Celebration Station Store No. 103<br>Attn: Loss Prevention | 4040 Towne Crossing Boulevard<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Whataburger Store No. 99<br>Attn: Loss Prevention | 11721 E. Northwest<br>Dallas, Texas 75218 | $50.00 | Tricia Johnson Counterfeit |
| Barbara Mitchell<br>Attn: Loss Prevention | 4321 Ohare Drive<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Derek Ihle<br>Attn: Loss Prevention | 541 Hammond Street<br>Lancaster, Texas 75146 | $100.00 | Tricia Johnson Counterfeit |
| Wal-Mart Store No. 2667<br>Attn: Loss Prevention | 7401 Sammuell Boulevard<br>Dallas, Texas 75228 | $50.00 | Tricia Johnson Counterfeit |
| Centennial Quik Shops and Express<br>Attn: Loss Prevention | 2275 W Northwest Hwy<br>Dallas, Texas 75220 | $50.00 | Tricia Johnson Counterfeit |
| Big Lots Store No. 4140<br>Attn: Loss Prevention | 825 W. Centerville Road<br>Garland, Texas 75041 | $50.00 | Tricia Johnson Counterfeit |
| Sonic No. 5<br>Attn: Loss Prevention | 3025 Galloway<br>Mesquite, Texas 75150 | $50.00 | Tricia Johnson Counterfeit |
| Swift T<br>Attn: Atif A Qureshi | 801 West Kearney, Suite 100<br>Mesquite, Texas 75149 | $50.00 | 380-2325336 |
| Office Depot No. 156<br>Attn: Loss Prevention | 3795 W. Emporium Circle<br>Mesquite, Texas 75150 | $100.00 | Tricia Johnson Counterfeit |
| Ross Store No. 370<br>Attn: Loss Prevention | 2405 North Haskell<br>Dallas, Texas 75204 | $100.00 | Tricia Johnson Counterfeit |

V-5

| | | |
|---|---|---|
| Dr. Dallas Dill, DDS<br>Attn: Loss Prevention | 209 N Ridgeway Dr Ste A<br>Cleburne, TX 76033 | $10.00 | 030107 |
| Bank One<br>Attn: Loss Prevention | 14800 Frye Street<br>Fort Worth, Texas 76155 | $20.00 | Tricia Johnson Counterfeit |
| Boston Inc.<br>Attn: Loss Prevention | Hartford, Connecticut | $10.00 | Tricia Johnson Counterfeit |
| SSP Partners Store No. 2195<br>Attn: Loss Prevention | 3710 US Hwy. 83<br>Laredo TX, 78046 | $10.00 | Tricia Johnson Counterfeit |
| Petco Store No. 487<br>Attn: Loss Prevention | 2689 Market Center Drive<br>Rockwall, Texas 75032 | $10.00 | Tricia Johnson Counterfeit |
| Cinemark Legacy Plan<br>Attn: Loss Prevention | 7201 North Central Expressway<br>Plano, Texas 75025 | $10.00 | Tricia Johnson Counterfeit |
| Bank of America<br>Attn: Loss Prevention | 400 South Zang<br>Dallas, Texas 75208 | $10.00 | Tricia Johnson Counterfeit |
| City of Dallas<br>Attn: Loss Prevention | 725 North Jim Miller<br>Dallas, Texas | $10.00 | Tricia Johnson Counterfeit |
| Wal-Mart Store No. 1117<br>Attn: Loss Prevention | 6001 North Central Expressway<br>Plano, Texas 75023 | $10.00 | Tricia Johnson Counterfeit |
| Wen-Tex/Wendy's<br>Attn: Loss Prevention | PO Box 803412<br>Dallas, Texas 75380-341 | $10.00 | Tricia Johnson Counterfeit |
| JP Morgan Chase Bank<br>Attn: Loss Prevention | 1505 East Beltline Road<br>Richardson, Texas 75081 | $10.00 | Tricia Johnson Counterfeit |

V-6

| | | | |
|---|---|---|---|
| Arby's Restaurant<br>Attn: Loss Prevention | 10302 Garland Road<br>Dallas, Texas 75218 | $10.00 | Tricia Johnson Counterfeit |
| MISD<br>Attn: Loss Prevention | 405 East Davis<br>Mesquite, Texas 75149 | $10.00 | Tricia Johnson Counterfeit |
| Walgreens Store No. 4203<br>Attn: Loss Prevention | 438 West Illinois Avenue<br>Dallas, Texas 75224 | $10.00 | Tricia Johnson Counterfeit |
| Jose Almamth<br>Attn: Loss Prevention | 1700 Pacific Avenue, No. 2700<br>Dallas, Texas 75201 | $10.00 | Tricia Johnson Counterfeit |
| AMC Stonebriar 2<br>Attn: Loss Prevention | 2601 Preston Road, Suite 300<br>Frisco, Texas 75034 | $5.00 | Tricia Johnson Counterfeit |
| Federal Reserve Bank<br>Attn: Loss Prevention | 2200 North Pearl Street<br>Dallas, Texas 75201 | $5.00 | Tricia Johnson Counterfeit |
| Bank of America<br>Attn: Loss Prevention | 5010 Highway 78<br>Sachse, Texas 75048 | $5.00 | Tricia Johnson Counterfeit |
| Connie Griffin<br>Attn: Loss Prevention | 2272 Lafayette Drive<br>Rockwall, Texas 75032 | $10.00 | Tricia Johnson Counterfeit |
| Valero Engergy Corp<br>Attn: Loss Prevention | 1717 Oates Drive<br>Mesquite, Texas 75150 | $10.00 | Tricia Johnson Counterfeit |
| Sonic Store No. 4688<br>Attn: Loss Prevention | 6202 Broadway Boulevard<br>Garland, Texas 75043 | $10.00 | Tricia Johnson Counterfeit |
| CVS Pharmacy<br>Attn: Loss Prevention | 500 North Galloway, Suite 2<br>Mesquite, TX 75149 | $150.00 | Tricia Johnson Counterfeit |