NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

3:07cr-041-K

February 1, 2009

I am writing this letter to request that my case be considered for early dismissal. I have been on probation for 18 months since my release from the federal holdover at Mansfield County Jail on August 15, 2007.

I would first like to express my deep regret and remorse for my criminal actions for which I now more clearly understand the ramifications. I not only was thieving from innocent businesses but was also commiting acts of treason and devaluing the American dollar. For this, I am truely sorry.

I cannot begin to explain the shame I felt when I began my job search and had to explain to potential employers the details of my wrongdoings. It was not an easy task. I often shed many tears and bowed my head in shame, as I did in the courtroom, when discussing my actions.

However, through much persistance and perseverance, I was able to find an employer willing to give me a chance to prove that I am a valuable employee, a hard worker, and a good person who made a horrible mistake. I have been at my job now for about 7 months and have a wonderful professional relationship with the physician for whom I work.

Though I am extremely sorry for what I did and absolutely hated the consequences which I had

to face, I must admit that I am very grateful for the outcome. I was deeply resentful to Judge Kincaide for forcing me to move to Oklahoma but now realize I owe him an eternal debt of gratitude. I had been living in a self induced solitude apart from my family for far too many years.

I now have a renewed relationship with my mother and we are close again. My step father is awesome and treats me like his own. It really is a blessing to live near family. My parents have been very supportive since my return which I will admit was not easy in the beginning.

I have a wonderful new life and am surrounded by a loving family. I absolutely love my job and surround myself only by those people whom I wish to resemble. I have all my fines and fees paid in full as of November 2008. I hope that you will sincerely give my case consideration for early dismissal. I appreciate your time in reading my letter.

Thank you,

Tricia Johnson

UNITED STATES PROBATION OFFICE
UNITED STATES COURTS

215 DEAN A. MCGEE, ROOM 201
OKLAHOMA CITY, OKLAHOMA 73102-3422

OFFICIAL BUSINESS

District Judge Ed Kinkeade
1100 Commerce Street, Room 1625
Dallas, TX. 75242-1003